JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE SIACA,<br><br>Plaintiff,<br><br>v.<br><br>CAINE & WEINER COMPANY, INC.,<br><br>Defendant. | Case No.: 2:25-cv-09556-CV (AGx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAINE & WEINER COMPANY, INC.** |

- 1 -

On January 25, 2026, the parties filed a stipulation dismissing the above-entitled action with prejudice ("Stipulation"). Doc. # 15. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and DISMISSES WITH PREJUDICE the above-entitled action. Each party is to bear their own fees and costs.

**IT IS ORDERED.**

Dated:_____2/11/26_____

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

-2-